UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - v. -

MONA MONTRAGE,

           Defendant.

ORDER

22  Cr.  617

Upon the application of the United States of America, by
Assistant United States Attorney Mitzi Steiner, it is hereby
ORDERED that the Indictment in this matter, 22 Cr. 617, be
unsealed.

Dated:  New York, New York
       May  9, 2023

HONORABLE  VALERIE  FIGUEREDO
UNITED STATES MAGISTRATE JUDGE