IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cr-00617-PAC |
| | ) | |
| MONA FAIZ MONTRAGE | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE AS COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT**:

Now comes ADAM C. CORTEZ and hereby files this appearance as counsel for Defendant MONA FAIZ MONTRAGE. The Defendant MONA FAIZ MONTRAGE has retained ADAM C. CORTEZ to serve as counsel in this cause of action.

Respectfully Submitted,

THE CORTEZ LAW FIRM
1202 South Alamo Street
San Antonio, Texas 78210
Telephone No.: (210) 273-2277
Facsimile  No.: (210) 504-1523
adam@cortezlawfirm.com

By:    **/s/ Adam C. Cortez**
ADAM C. CORTEZ
SDNY Bar No.: AC0325

## CERTIFICATE OF SERVICE

I certify that I have on this 13th day of May 2023, delivered a true and correct copy of the foregoing document to the counsel for the United States via the ECF system.

/s/ Adam C. Cortez
**ADAM C. CORTEZ**