DOCKET NO. 22 CR 617　　　　DEFENDANT Mona Faiz Montrage

AUSA Mitzi Steiner　　　　DEF.'S COUNSEL Adam Cortez
☑ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5　☐ Rule 9　☐ Rule 5(c)(3)　☐ Detention Hrg.
☑ Other: Arraignment

DATE OF ARREST 5-12-23　☐ VOL. SURR.
TIME OF ARREST 9 pm　☐ ON WRIT
TIME OF PRESENTMENT 11:45 am

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE　☐ DETENTION: RISK OF FLIGHT/DANGER　☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 500,000.00 PRB  ☑ 3 FRP
☑ SECURED BY $ 100,000.00　CASH/PROPERTY: Cash
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ District of New Jersey
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☑ PRETRIAL SUPERVISION:　☐ REGULAR　☐ STRICT　☑ AS DIRECTED BY PRETRIAL SERVICES
☑ DRUG TESTING/TREATMT AS DIRECTED BY PTS　☑ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION　☑ HOME DETENTION　☐ CURFEW　☐ STAND ALONE MONITORING
☑ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS　☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☑ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☑ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Defendant to be detained until atleast two FRPs sign the bond and post the secured $100,000.00 bond.

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY　　　☑ CONFERENCE BEFORE D.J. ON 6-028-23
☐ DEF. WAIVES INDICTMENT
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 6-28-23

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED　　　☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED　　　☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____　　　☐ ON DEFENDANT'S CONSENT

DATE: 5-15-23

UNITED STATES DISTRICT JUDGE, S.D.N.Y.