

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2023

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

    Re:   *United States v. Mona Montrage*, 22 Cr. 617 (PAC)

Dear Judge Crotty:

    The Government respectfully submits the attached Proposed Protective Order, which the parties have consented to and signed, for entry by the Court.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

by:   /s/ Mitzi Steiner
    Mitzi S. Steiner
    Assistant United States Attorney
    (212) 637-2284

**CC**
All Counsel (By ECF)