Exhibit 1

# ADULT BAIL FORM

HM Courts & Tribunals Service

WSTM Magistrates' Court

**Accused:** Mona Faiz Montage
**Address:** Flat 63, 328 Porchester Gate, London W2 3HS
**Date of birth:** 26.06.1992
**Offence(s):** Ext USA
**Date of Decision:** 11/11/22

## DECISION:

☑ You are remanded to appear before the above ─────── Magistrates' [Crown] [Central Criminal] Court on 13/1/23 at 9:30 am/pm or on such date, time and place as you may be notified by that Court
☑ You have been GRANTED unconditional / conditional bail
☐ You have been REFUSED bail and remanded in custody / police detention
☐ You have consented to be remanded in your absence until _____
☐ Your next appearance will be by video link

## BAIL GRANTED – CONDITIONS TO BE COMPLIED WITH:

**Pre-Release:**
☐ To provide ___ surety / sureties in the sum of / totalling £ ___ (each)
☑ To provide a security in the sum of £ 250,000.00 to be deposited with the Court
☑ To surrender your passport / passport to be retained by Police / HM Revenue & Customs / Immigration — ID CARDS + PASSPORT

**Post-release:**
☑ To live and sleep each night at [or the above address]
☑ To be indoors at your bail address between the hours of 21:00 and 06:00
☐ During the hours of curfew to present yourself at your front door to a Police Officer / PCSO as requested
☑ Curfew to be electronically monitored from [today] [tomorrow] (Bail would otherwise have not been granted)
☑ Report to Kensington Police Stn between 12:00 and 15:00 on (Mon) (Tue) (Wed) (Thu) (Fri) (Sat) (Sun)
☐ Not to go to/enter Leave M25 AREA — except to attend court/solicitor's office by prior written appointment → GPS monitored
☐ Not to contact directly or indirectly
☐ To keep any appointments / assessments / follow up arrangements with Probation / YOT / Drug Agencies / solicitor
☑ Not to apply for any international travel documents / nor possess any

**THESE CONDITIONS ARE IMPOSED TO ENSURE THAT YOU**
☑ Surrender to custody
☐ Do not commit an offence
☐ Do not interfere with witnesses/obstruct justice
☐ Assist with the preparation of a report on you
☐ For your own protection
☐ Address your addiction to controlled drugs

**Other Conditions:**
Not to enter any international hotel hubs
Mobile N° 07714 008004
to remain fully charged + w/ you 24/7

**Bail granted**
☐ Reasons when opposed by prosecution:
☐ no significant risk of offending on bail [drug offences]
☐ no real prospect of a custodial sentence (offender aged 18 or over and not convicted of an offence in the proceedings)

## BAIL REFUSED – Exception(s) to bail

*Text in italics applies if offence(s) in Part [ IA ] or ( II ), Schedule 1 Bail Act 1976*
**Exception(s) in bold cannot be used if there is no real prospect of a custodial sentence**

☐ **Fail to surrender** [ because failed to surrender to bail before ] [ because breached bail conditions before ] or ( because been convicted and failed to surrender or breached bail conditions before )
☐ **Commit an offence** [ because this matter is said to have occurred whilst on bail ] [ because breached bail conditions before ] or ( because been convicted and breached bail conditions before )
☐ **Interfere with witnesses/obstruct justice** [ because breached bail conditions before ] or ( because been convicted and breached bail conditions before )
☐ Commit an offence by engaging in conduct causing an associated person physical or mental injury or to fear physical or mental injury * Ind EW Imp ( because breached bail conditions before )
☐ I/EW offence alleged to have been committed whilst on bail for another matter
☐ Own protection * All
☐ Serving prisoner * All
☐ Impracticable to obtain sufficient information for bail decision * I / EW / Imp
☐ Section 7 arrest * I / EW
☐ Positive drugs test and refused assessment or follow up with drug agencies * I / EW / Imp
☐ To obtain a report * I / EW

## REASON(S) for finding exception(s)

☐ Nature & seriousness of offence and likely sentence if convicted
☐ Previous bail history
☐ Character, antecedents & record
☐ Lack of community ties
☐ Strength of evidence
☐ Sec. 7 arrest
☐ Risk of offending and causing mental or physical injury to another
☐ Other reason(s)

**Certificate of full bail argument**
☐ It is hereby certified that the court today heard full argument in support of the grant of bail to the accused

Legal Adviser / Court Associate
District Judge / Justice of the Peace

07.13