# EXHIBIT 2

---------- Forwarded message ---------
From: **em unit** <em_unit@njpt.uscourts.gov>
Date: Fri, 23 Jun 2023 at 09:23
Subject: RE: Request to visit family 6/26-23
To: Mona Montrage <mfmontrage@gmail.com>


Ms. Montrage,

Due to your conditions of release, Pretrial cannot approve social events such as this while you are on Home Detention. Please reach out to your attorney to have them file a court order.
Thank you,


Kaitlyn Donnelly

U.S. Pretrial Services Agency

District of New Jersey

973-645-2230(office)

973-645-2282 (fax)


**From:** Mona Montrage <mfmontrage@gmail.com>
**Sent:** Thursday, June 22, 2023 11:07 PM
**To:** em unit <em_unit@njpt.uscourts.gov>
**Subject:** Request to visit family 6/26-23

**CAUTION - EXTERNAL:**

My cousin Fatahia Chung, One of the co-signers for my bail. is having dinner for me at her house on Monday for my birthday.  She is located 10 minutes away from me, 624 salem road, union, NJ 07083.  I will like to be there from 4 PM to 7:30 PM on Monday 06/26/23.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.