IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:22-cr-00617-PAC |
| ) | |
| MONA FAIZ MONTRAGE ) | |
| ) | |
| **Defendant.** ) | |

### DECLARATION OF MONA FAIZ MONTRAGE

### EXHIBIT 3

I, **MONA FAIZ MONTRAGE**, hereby declare upon penalty of perjury, pursuant to 28 U.S.C. § 1746, the following:

1. "My name is MONA FAIZ MONTRAGE. I am over eighteen years of age, and I am fully capable of making this declaration.

2. I am the Defendant in this case, and I have entered a plea of not guilty. From 2013 to January 2019, I lived in the New York City area. In May 2016, I gave birth to my daughter in Bronx, NY. My daughter's father is not currently in her life nor is he living in the United States. In January 2019, I left New York with my daughter, and we moved to Accra, Ghana. I am a Ghanian citizen.

3. On November 10, 2022, I was arrested as I was attempting to board a plane at Heathrow Airport in London, UK. The next day I was released on bail and a GPS tracking device was placed on my ankle. I was required to stay in the London area where I resided, but I was free to come and go between the hours of 6:00 a.m. and 9:00 p.m. My lawyer has attached to this motion a true and accurate copy of the bail conditions that I had to follow while I was in London

for six months. I faithfully obeyed all my bail conditions and I intend to continue to do so here in the U.S. I consented to be sent to New York to face these charges. May 15, 2023, was designated as the date I would fly out of London back to New York for this case. By that time, I had done so well with my bail conditions that I was allowed to get myself to the airport without being escorted by any police officer. I agreed to be sent to the U.S. even though I knew that when I arrived I would be placed in jail for a period of time.

4.      In December 2022, while I was in London, I asked my family to fly my daughter to London so that I could see her. I have never been away from my daughter since her birth, and I needed to spend time with her. My daughter had an issue with her Ghanian Visa. I do not understand the law regarding that issue but because my daughter is a U.S. citizen, she was deported to New York even though she had not lived there since she was 2 and ½ years old. She was able to stay with relatives in the Bronx and she completed the 2022-2023 school year there.

5.      On June 23, 2023, after completing her school for the year, my daughter relocated to the home in Union, NJ where I am living now. I do not drive myself, but I can, and I do need to take my daughter via public transportation or by UBER/taxi to doctor's appointments, to buy clothes, and food. I also need to take her outside to exercise and of course I want her to enjoy some entertainment such as seeing a movie or attending a fun park and I cannot let her go alone. I also would like to take her to the YMCA in Union, NJ for a kid's camp this summer. As of this moment, I am not allowed to even be outside the condominium where I reside. I agreed to come here to the states, and I am no threat to leave the U.S. and not face these charges. I think I have proven that by my actions since my arrest. I also do not want my daughter to feel like a prisoner.

6.      My lawyer has attached true and correct copies of emails that I exchanged with the officer in New Jersey who is monitoring me while I am on bond. On June 22, 2023, I emailed my

officer, and I asked if I could go to visit my cousin, Fatahia Chung, for dinner on June 26, 2023. Ms. Chung is one of my bond co-signers and she wanted to cook me dinner for my birthday. As you can see from the response, I was not allowed to go to my cousin's house even though she is one of my co-signers and she lives very close to me. I am respectfully asking this Court to leave my monitor on me and to keep my travel restricted to New York and New Jersey, but I want the Court to please take into consideration that I consented to come here and allow me to have the same curfew that I had in London.

  Executed on the 25th day of June 2023.

               _____
               MONA FAIZ MONTRAGE