# THE CORTEZ LAW FIRM

1202 South Alamo Street
San Antonio, TX 78210
(210) 273-2277 Office
(210) 504-1523 Fax
adam@cortezlawfirm.com                                                      Adam C. Cortez
Admitted in Texas and New York                                              Attorney at Law

June 23, 2023

Hon. Paul A. Crotty
U.S. District Judge
500 Pearl Street, Room 14C
New York, NY 10007

Re:  **Dates for Pretrial Conference in U.S. v. Mona Faiz Montrage; Case No. 1:22-cr-00617 PAC.**

To the Honorable Court:

The Defendant Mona Faiz Montrage and counsel for the government have conferred and the parties propose the following dates for the next pretrial conference: August 9, 10, or 11, 2023. The Court asked for only three dates, but the parties are also available for a pretrial conference on August 21, 2023.

There are outstanding discovery issues regarding information that has been produced to defense counsel to date. Specifically, some electronic data produced was either corrupt or missing such that defense counsel was unable to review the data and confer with my client regarding said data. Those issues are being addressed and should easily be rectified.

Based on the outstanding discovery, the Defendant agrees that the ends of justice will be served if the time from June 28, 2023, to the date the Court chooses for the next pretrial conference in August of 2023 be excluded from any speedy trial computation under the Speedy Trial Act.

6/27/2023
The June 28 conference is adjourned to
September 7 at 3PM. Time is excluded
through September 7, 2023. SO ORDERED.

*[signature: Paul A. Crotty]*