# THE CORTEZ LAW FIRM

1202 South Alamo Street
San Antonio, TX 78210
(210) 273-2277 Office
(210) 504-1523 Fax
adam@cortezlawfirm.com
Admitted in Texas and New York

Adam C. Cortez
Attorney at Law

*7/11/2023*

June 26, 2023

Hon. Paul A. Crotty
U.S. District Judge
500 Pearl Street, Room 14C
New York, NY 10007

*The request to modify bail conditions is denied. So ordered.*

*Paul A. Crotty USDJ*

Re: **Motion to Modify Bail Conditions in U.S. v. Mona Faiz Montrage; Case No. 1:22-cr-00617 PAC.**

To the Honorable Court:

Mona Faiz Montrage has no criminal history and is before this Court on an indictment that alleges a non-violent offense that is alleged to have been completed in 2019. Ms. Montrage is moving this Court to Modify her Bail Conditions given that she has regained possession of her seven (7) year old daughter. Ms. Montrage is the mother of a 7-year-old daughter of whom she has had custody since her birth in Bronx, New York in May 2016. On November 10, 2022, Ms. Montrage temporarily lost possession of her daughter upon her arrest for the instant indictment while she was attempting to board a plane at Heathrow Airport in London, UK.

Fortunately, Ms. Montrage has a proven record of compliance with strict bail conditions since her arrest in London, UK in November 2022. Attached as Exhibit 1 to this motion the Court will find a copy of the Bail Conditions to which Ms. Montrage was ordered to comply from November 11, 2022 to May 15, 2023, when she was extradited to the U.S. There were no bond violations recorded or reported by the authorities in the United Kingdom ("UK"). Indeed, Ms. Montrage established such an impressive record of reliability while on bond that on the date of her extradition she was permitted to arrange for her own transportation to Heathrow Airport