

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 4, 2023

**BY ECF**
Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

     Re:    *United States v. Mona Montrage,* **22 Cr. 617 (PAC)**

Dear Judge Crotty:

     The parties jointly request that the Court adjourn the September 7, 2023 status conference scheduled in the above-captioned case by approximately 30 days. The Government further requests that the Court exclude time under the Speedy Trial Act so that the parties can continue discussing a pretrial resolution, and the defendant consents to the exclusion of time.

               Very truly yours,

               DAMIAN WILLIAMS
               United States Attorney

        by: */s/ Kevin Mead*
             Kevin Mead / Mitzi S. Steiner
             Assistant United States Attorneys
             (212) 637-2211/2195

CC: Adam Cortez, Esq.