

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 4, 2023

**BY ECF**
Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

*[Handwritten: 9/5/2023 The conference is adjourned to October 12, 2023 3pm and is excluded. So ordered. Paul A. Crotty USDJ]*

Re:   *United States v. Mona Montrage*, 22 Cr. 617 (PAC)

Dear Judge Crotty:

The parties jointly request that the Court adjourn the September 7, 2023 status conference scheduled in the above-captioned case by approximately 30 days. The Government further requests that the Court exclude time under the Speedy Trial Act so that the parties can continue discussing a pretrial resolution, and the defendant consents to the exclusion of time.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Kevin Mead*
    Kevin Mead / Mitzi S. Steiner
    Assistant United States Attorneys
    (212) 637-2211/2195

CC: Adam Cortez, Esq.