AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern                District of                New York

United States

Plaintiff (s),

V.

Mona Montrage

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 22-cr-00617-PAC

Notice is hereby given that, subject to approval by the court, __Mona Montrage__ substitutes
(Party (s) Name)

__Elena Fast, Esq.__, State Bar No. __7201436__ as counsel of record in
(Name of New Attorney)

place of __Adam Conrad Cortez__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       The Fast Law Firm, P.C.
Address:         521 Fifth Avenue, 17 Floor New York, NY 10175
Telephone:       (212)729-9494                    Facsimile
E-Mail (Optional): elena@fastlawpc.com, clientservices@fastlawpc.com

I consent to the above substitution.
Date:  11 / 08 / 2023

(Signature of Party (s))

I consent to being substituted.
Date:  11 / 08 / 2023

(Signature of Former Attorney (s))

I consent to the above substitution.
Date:  11/8/2023

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Doc ID: 7f14513bdb5bb4d0913af61a01721828f3389274