# The Fast Law Firm, P.C.

F|L

521 Fifth Avenue, 17 Floor | New York, NY 10175 | Phone: (212) 729-9494

November 9, 2023

<u>**Via ECF**</u>

Honorable Judge Paul A. Crotty

U.S. District Court Judge

Southern District of New York

United States Courthouse

500 Pearl Street

New York, NY 10007-1312

Re:     <u>United States v. Mona Faiz Montrage</u>

22-cr-00617-PAC

Dear Judge Crotty:

Earlier today, my law firm was retained by Mona Faiz Montrage for representation on the above captioned matter. I write with the consent of the Government to request a 60-day adjournment of the status conference, which is currently scheduled for Monday, November 13, 2023.

I have conferred with AUSA Kevin Mead, who consents to this adjournment. The parties respectfully submit that this adjournment is necessary to permit newly retained defense counsel to review discovery, get up to speed and potentially discuss a resolution of the matter.  Defense consents to the exclusion of speedy trial time pursuant to 18 U.S.C. § 3161 until the next scheduled court date.

1

Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast

Elena Fast, Esq.

Counsel for Mona Faiz Montrage

cc:     All parties of record (via ECF)