

November 9, 2023

**Via ECF**

Honorable Judge Paul A. Crotty
U.S. District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   **United States v. Mona Faiz Montrage**

22-cr-00617-PAC

Dear Judge Crotty:

Earlier today, my law firm was retained by Mona Faiz Montrage for representation on the above captioned matter. I write with the consent of the Government to request a 60-day adjournment of the status conference, which is currently scheduled for Monday, November 13, 2023.

I have conferred with AUSA Kevin Mead, who consents to this adjournment. The parties respectfully submit that this adjournment is necessary to permit newly retained defense counsel to review discovery, get up to speed and potentially discuss a resolution of the matter. Defense consents to the exclusion of speedy trial time pursuant to 18 U.S.C. § 3161 until the next scheduled court date.

1