# EXHIBIT A

USA v. Mona Montrage
22 cr 617 (PAC)

Student Statement



Union College of Union County, New Jersey
1033 Springfield Ave
Cranford, NJ 07016

| | |
|---|---|
| Name | Montrage, Mona F. |
| Student ID | |
| Total Balance | |
| Amount Due | |
| Total Amount Due | |
| Amount Enclosed | |

Montrage, Mona F.

Please return this portion of the statement to the Institution, along with your payment.

Date Generated: 12/20/2023

## Account Activity Summary - 2024 Spring Session

Charges
    Tuition by Total
    Fees
**+** Total Charges
**=** 2024 Spring Session Balance
**=** Total Amount Due
Total Balance

### Course Schedule

| Section | Course Title | Credits | CEUs | Days | Times | Classroom | Start/End Dates |
|---|---|---|---|---|---|---|---|
| ENG-101-011 | English Composition I | 3.00 | | MWF | 9:05-10:00 AM | CR WB W-207 | 1/17/2024-5/8/2024 |
| ENG-129-005 | Public Speaking | 3.00 | | MWF | 11:15 AM-12:10 PM | CR SD SD-214 | 1/17/2024-5/8/2024 |

## Account Activity Details - 2024 Spring Session

### Tuition by Total

| Section | Course Title | Billing Credits | CEUs | Status |
|---|---|---|---|---|
| ENG-101-011 | English Composition I | 3.00 | | New |
| ENG-129-005 | Public Speaking | 3.00 | | New |