

# The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor | New York, NY 10175 | Phone: (212) 729 9494

December 22, 2023

> The requested modification is **GRANTED**.
>
> *Paul A. Crotty* (signature)
>
> December 27, 2023     SO ORDERED

**Via ECF**
Honorable Paul A. Crotty
U.S. District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  **United States v. Mona Montrage**
     22 cr 617 (PAC)

Dear Judge Crotty:

I represent Mona Montrage on the above captioned matter. I respectfully write the Court with the consent of the Government and Pre-Trial Services to request modification of Ms. Montrage's pre-trial bail conditions to allow her to attend class at Union College in the Spring 2024 semester.

Ms. Montrage is currently on home confinement. She would like to enroll part-time in Union College for the Spring 2024 semester. I am attaching her proposed school schedule as *Exhibit A*. Ms. Montrage's enrollment and tuition deadline is December 27, 2023.

I have conferred with AUSA Kevin Mead about the proposed pre-trial modification and he has no objection to Ms. Montrage enrolling in school. I have also conferred with SDNY Pre-Trial Officer Vanessa Perdomo, who has no objection to the modification of Ms. Montrage pre-trial conditions to permit school attendance, so long as Pre-Trial is provided with a school schedule and proof of enrollment. I have also conferred with DNJ Pre-Trial Officer Stephan Griggs, who supervises Ms. Montrage in the District of New Jersey. He has no objection to the proposed modification, but defers to SDNY Pre-Trial.

Wherefore, we respectfully request that the Court modifies the current Pre-trial release conditions in this matter Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Mona Montrage

cc: All parties of record (via ECF)