UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
.........................................................................
UNITED STATES OF AMERICA

**NOTICE OF APPEARANCE**

                        -v-

22 cr 617 (PAC)

MONA MONTRAGE,

                    Defendant
.........................................................................


To the Clerk of this Court and All Parties of Record:


Please enter the appearance of Michael Perkins, Esq., and The Fast Law Firm P.C. as counsel in this case for the Defendant Mona Montrage.  I certify that I am admitted to practice in this Court.


Dated:   January 15, 2024
             New York, NY



s/ Michael Perkins
Michael Perkins, Esq.
The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor
New York, NY 10175
Phone: (212)729-9494
Email: michael@fastlawpc.com