

Elena Fast, Esq.

521 Fifth Avenue, 17 Floor
New York NY 10175
(212)729-9494

January 18, 2024

1/22/2024
A thirty-day adjournment to February 21, 2024 at noon is granted. Time will be excluded through February 21, 2024. SO ORDERED.

**Via ECF**
Honorable Judge Paul A. Crotty
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** **United States v. Mona Montrage**
22-cr-00617-PAC

Dear Judge Crotty:

I represent Mona Montrage on the captioned matter. I write with the consent of the Government to request a 30-day adjournment of the January 22, 2024 conference.

Over the course of the past two months, Defense has been proactively reviewing the discovery with Ms. Montrage and conversing with the Government about a potential resolution. The parties jointly anticipate that this adjournment will allow us to either reach a plea agreement or schedule the matter for trial.

I have conferred with Assistant U.S. Attorney Kevin Mead who consents to this adjournment. If it pleases the Court, the parties are available for conference on February 22, February 26, February 29, March 4-6, or before 1:00 p.m. on March 7, 2024.

Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Mona Faiz Montrage

cc:     All parties of record (via ECF)