UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONA FAIZ MONTRAGE,<br><br>*Defendant.* | **ORDER**<br><br>22 Cr. 617 (JPO) |

WHEREAS, with the defendant's consent, her guilty plea allocution was made before a United States Magistrate Judge on February 21, 2024;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
       March 6, 2023

_____
J. PAUL OETKEN
United States District Judge