

Michael Perkins, Esq.
Tel (212) 729-9494
michael@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

March 29, 2024

<u>Via ECF</u>
Honorable Paul J. Oetken
U.S. District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Mona Montrage</u>
      22-CR-617 (JPO)
      Request for Temporary Removal of Ankle Monitor for a MRI Scan

Dear Judge Oetken:

I am an attorney of record for Ms. Mona Montrage on the above-captioned case. I am writing to respectfully request that Ms. Montrage's pre-trial conditions be modified to allow for the temporary removal of her ankle monitor to allow her to have a MRI done. Ms. Montrage has been experiencing pain in her left ankle, and her doctor has recommended the scan.

If so authorized by the Court, Ms. Montrage is scheduled for the MRI on Tuesday April 2, 2024 at 8:30 a.m. at 574 Springfield Avenue, Westfield, New Jersey, 07090.

I have conferred with AUSA Kevin Mead, who consents to the request. I have also conferred with Pre-Trial Officer Stephen Griggs, who supervises Ms. Montrage in the District of New Jersey, who referred us to request authorization from SDNY Pre-Trial Officer Vanessa Perdomo, who also has no objection to the request. All of the aforementioned parties have been provided with the supporting medical documentation and we are happy to make them available to the Court upon request.

Thank you for your time and consideration of this matter.

Respectfully,

s/ Michael Perkins
Michael Perkins, Esq.
Counsel for Mona Montrage

> Granted.
> So ordered.
>  3/29/2024

*J. PAUL OETKEN*
United States District Judge



Michael Perkins, Esq.
Tel (212) 729-9494
michael@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

cc: All parties of record (via ECF)