

Michael Perkins, Esq.
Tel (212) 729-9494
michael@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

May 15, 2024

**Via ECF**
Hon. J. Paul Oetken
District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Mona Montrage**, 22-cr-617 (JPO)
       Request for Adjournment of Sentencing and Sentencing Submission

Dear Judge Oetken:

I, along with Elena Fast, Esq., represent Mona Montrage on the above-captioned matter. We respectfully write the Court to request that the scheduled sentencing date be adjourned for approximately two weeks.

The Defense is respectfully seeking an adjournment as despite our diligent efforts, there are some materials outstanding that are needed for the Defense sentencing submission. Specifically, we have a number of letters of support that are still outstanding. Additionally, we are awaiting a letter from Ms. Montrage's immigration attorney, regarding the potential immigration consequences that Ms. Montrage may suffer as a result of her conviction. Although we requested the letter on May 10, 2024, we understand it won't be available until after the May 20, 2024 due date of the Defense submission.

We have conferred with AUSAs Mead and Steiner regarding this request and they have no objection. The parties are available for sentencing on June 19, or June 24-June 28, if it pleases the Court. Thank you for your consideration of this request.

Respectfully submitted,

s/ Michael Perkins
s/ Elena Fast
Michael Perkins, Esq.
Elena Fast, Esq.
The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor
New York, NY 10175
*Counsel for Mona Montrage*

CC: all parties of record via ECF

---

Granted.  Sentencing is adjourned to June 28, 2024, at 2:00 pm.
Defendant's sentencing submission is due June 14, 2024.
The Government's sentencing submission is due June 21, 2024.
   So ordered:
   5/16/2024

_____
J. PAUL OETKEN
United States District Judge

1