UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

    - v. -

MONA FAIZ MONTRAGE,

        Defendant.

------------------------------------- x

AMENDED CONSENT
PRELIMINARY ORDER OF
FORFEITURE/
MONEY JUDGMENT

22 Cr. 617 (JPO)

        WHEREAS, on or about November 10, 2022, MONA FAIZ MONTAGE (the "Defendant"), was charged in a six-count sealed Indictment, 22 Cr. 617(PAC) (the "Indictment"), with conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 1349 (Count One); wire fraud in violation of Title 18, United States Code, Sections 1343 and 2 (Count Two); money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h); money laundering in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2 (Count Four); conspiracy to receive stolen money in violation of Title 18, United States Code, Section 371 (Count Five); and receipt of stolen money in violation of Title 18, United States Code, Sections 2315 and 2 (Count Six);

        WHEREAS, the Indictment included, *inter alia,* a forfeiture allegation as to Counts One, Two, Five and Six of the Indictment seeking forfeiture to the United States, pursuant to Title 18, United State Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, which constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One, Two, Five and Six of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One, Two, Five and Six of the Indictment;

WHEREAS, on or about February 21, 2024, the Defendant pled guilty to Count Five of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Five of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $216,475 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Five of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Five of the Indictment that the Defendant personally obtained, cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Mitzi Steiner and Kevin Mead, of counsel, and the Defendant, and her counsel, Elena Fast, Esq., that:

1. As a result of the offense charged in Count Five of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $216,475 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Five of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Amended Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant MONA FAIZ MONTRAGE, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance & Money Laundering Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Amended Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Amended Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          06/28/2024
Mitzi Steiner                                 DATE
Kevin Mead
Assistant United States Attorneys
26 Federal Plaza
New York, NY 10278
(212) 637-2284/2211

MONA FAIZ MONTRAGE

By: _____          6-28-24
MONA FAIZ MONTRAGE                            DATE

By: _____          6-28-24
Elena Fast, Esq.                              DATE
Attorney for Defendant
521 Fifth Avenue, 17th Floor
New York, NY 10174
(646) 832-4792

SO ORDERED:

_____               6/28/2024
HONORABLE J. PAUL OETKEN                      DATE
UNITED STATES DISTRICT JUDGE