

521 Fifth Avenue, 17 Floor
New York, NY 10175

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

November 1, 2024

**Via ECF**
Hon. J. Paul Oetken
U.S. District Court Judge
40 Foley Square
New York, NY 10007

Re:     **United States v. Mona Montrage**
        22-CR-617 (JPO)

Dear Judge Oetken:

We represent Ms. Mona Montrage on the above captioned matter. We write with the consent of the Government to respectfully request the release of Ms. Montrage's passport that was surrendered to Pretrial Services at the time of her arrest.

Ms. Montrage's case was concluded on June 28, 2024 with the imposition of an incarceratory sentence. Ms. Montrage self-surrendered on July 29, 2024 and is currently serving her sentence at FDC Philadelphia. In the judgment, the Court ordered that "[u]pon the completion of her incarceration, the USMS is to escort Ms. Montrage from the BOP facility to the airport. The Pretrial Services Department is to return Ms. Montrage's passport ahead of the flight and Ms. Montrage is to fly out to Ghana without any domestic stops."

We are respectfully seeking the return of Ms. Montrage's passport to initiate her self-deportation proceedings to Ghana. We have conferred with AUSA Kevin Mead and the Government does not object to this request.

Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
s/ Michael Perkins
Elena Fast, Esq.
Michael Perkins, Esq.
Elena Fast, Esq.
The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor
New York, NY 10175
*Counsel for Mona Montrage*

cc:     All parties on record (via ECF)

---

Granted.
Pretrial Services is hereby directed to release custody of Ms. Montrage's passport and return it to her attorneys.
  So ordered:
  11/1/2024

_____
J. PAUL OETKEN
United States District Judge